CITY OF FITZGERALD *v.* MERCHANTS AND PLANTERS BANK. ⌐113 1151⌐
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case 1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　⌊115 679⌋

LUMPKIN, P. J. The question of practice presented by the motion to dismiss the writ of error in this case was directly passed on and definitely settled in the case of *Kimball* v. *Williams*, 108 *Ga.* 812. In view of the decision therein rendered, which was approved and followed in *Wheeler* v. *Worley*, 110 *Ga.* 513, the motion must be sustained. See, also, *Long* v. *Harrison*, 111 *Ga.* 884, and the cases cited in *Collins* v. *Carr*, Ibid. 867.

*Writ of error dismissed. All the Justices concurring.*

Argued June 24, — Decided July 24, 1901.

Motion to dismiss the writ of error.

*E. W. Ryman,* for plaintiff in error. *L. Kennedy,* contra.